HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorney for Defendant
JAVIER MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-mj-00151 BAM |
| *Plaintiff,* | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE RE BOND; ORDER** |
| JAVIER MESA, | Date:     November 24, 2015 |
| | Time:     1:30 p.m. |
| *Defendant.* | Judge:    Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference re bond in the above-captioned matter now set for November 3, 2015, **may be continued to November 24, 2015 at 1:30 p.m**.

The reason is that the property bond is not yet in place and additional time is needed to accomplish that. In the meantime, Mr. Mesa has appeared in court in Ohio and is in compliance with pretrial services directives. It appears that the property bond has not been completed due to a misunderstanding between the surety, Ms. Jesus Gutierrez, and the Federal Defender Office.

///

///

///

///

1  Dated:  November 3, 2015

2                                                                  BENJAMIN B. WAGNER
3                                                                  United States Attorney

4                                                                   /s/ Daniel J. Griffin
                                                                   DANIEL J. GRIFFIN
5                                                                  Assistant United States Attorney
                                                                   Attorney for Plaintiff
6

7  Dated:  November 3, 2015

8                                                                  HEATHER E. WILLIAMS
                                                                   Federal Defender
9

10                                                                  /s/ Victor M. Chavez
                                                                   VICTOR M. CHAVEZ
11                                                                 Assistant Federal Defender
                                                                   Attorney for Defendant
12                                                                 JAVIER MESA

13

14

15
                                      **O R D E R**
16

17

18  IT IS SO ORDERED.

19  Dated:   **November 3, 2015**                        **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

MESA: Stipulation To Continue Status Conference  Re Bond         -2-