HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAVIER MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-mj-00151 BAM |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| vs. | |
| JAVIER MESA, | |
| Defendant. | |

Mr. Mesa was granted pretrial release on October 7, 2015 by the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge. He is under pretrial supervision in this district. He is a defendant in case number 2:13-cr-00133-MHW-1 pending in the Southern District of Ohio (Columbus). The parties through their respective counsel, Assistant United States Attorney Kevin Kelley, representing the government in the Southern District of Ohio, and Assistant United States Attorney Daniel Griffin, local government counsel; Kevin Conners, appointed counsel in the Southern District of Ohio and Assistant Federal Defender, Victor M. Chavez, hereby stipulate and agree that the conditions of release may be modified as follows:

1) The bond shall be a $30,000 unsecured bond;

2) Mr. Mesa's home detention shall be modified to a curfew to be set by his Pretrial Services Officer;

//

3) Mr. Mesa shall reside with Priscilla Garcia and his children in Laton, California at a residence approved by his Pretrial Services Officer.

All other conditions of release shall remain in full force.

                                Respectfully submitted,
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: January 14, 2016        /s/ Daniel Griffin
                                DANIEL GRIFFIN
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                /s/ Kevin W. Kelley
                                KEVIN W. KELLEY
                                Assistant United States Attorney
                                Southern District of Ohio
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: January 14, 2016        /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAVIER MESA

                                /s/Kevin R. Conners
                                KEVIN R. CONNERS
                                Attorney for Defendant
                                Southern District of Ohio
                                JAVIER MESA

**O R D E R**

IT IS SO ORDERED.

Dated: **January 14, 2016**                        _____
                                            UNITED STATES MAGISTRATE JUDGE